## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

ENCORE WIRE CORPORATION,

        *Plaintiff,*

v.

SOUTHWIRE COMPANY, LLC,

        *Defendant*.

Civil Action No. 4:23-cv-00821-ALM

## JOINT NOTICE OF SETTLEMENT

Plaintiff Encore Wire Corporation ("Encore") and Defendant Southwire Company, LLC ("Southwire") file this Joint Notice of Settlement. On February 4, 2025, the Parties executed a confidential settlement agreement to resolve this case. Pursuant to that agreement, the Parties anticipate filing a joint dismissal motion within five business days, once certain obligations under the agreement have been completed.

Dated:  February 5, 2025

Respectfully submitted,

By: */s/ Stephen E. Baskin*
Edward F. Fernandes (No. 06932700)
efernandes@kslaw.com
Lee Yeakel (No. 22148000)
lyeakel@kslaw.com
Jeffrey D. Mills (No. 24034203)
jmills@kslaw.com
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Tel: (512) 457-2000

Stephen E. Baskin
sbaskin@kslaw.com
Dara M. Kurlancheek
dkurlancheek@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel: (202) 737-0500

Sanford E. Warren, Jr.
R. Scott Rhoades
WARREN RHOADES LLP
2909 Turner Warnell Rd, Suite 131
Arlington, Texas 76001
Tel: (972) 550-7500

*Counsel for Plaintiff Encore Wire Corporation*

By: */s/ Keith E. Broyles*
Keith E. Broyles
Keith.Broyles@alston.com
Matthew W. Howell
Matthew.Howell@alston.com
Joshua M. Weeks
Joshua.Weeks@alston.com
Carter E. Babaz
Carter.Babaz@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree St. NE
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000

Jason Spotts (No. 24125945)
Jason.Spotts@alston.com
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: 214-922-3493

E. Leon Carter (No. 03914300)
lcarter@carterarnett.com
Linda R. Stahl (No. 00798525)
lstahl@carterarnett.com
Nichol John (No. 24133309)
njohn@carterarnett.com
CARTER ARNETT PLLC

8150 N. Central Expressway
5th Floor
Dallas, Texas 75206
Tel (214) 550-8188

*Counsel for Defendant Southwire Company, LLC*