# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ENCORE WIRE CORPORATION, *Plaintiff*, v. SOUTHWIRE COMPANY, LLC, *Defendant*. | Civil Action No. 4:23-cv-00821-ALM |

## AGREED ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by Plaintiff Encore Wire Corporation and Defendant Southwire Company (collectively, the "Parties"), the Court hereby **ORDERS** that the above-captioned action is **DISMISSED**. All claims and counterclaims of patent infringement are dismissed with prejudice. All claims and counterclaims of patent invalidity or unenforceability are dismissed without prejudice.

IT IS SO ORDERED.

SIGNED this 11th day of February, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE